

**Glavin** PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

March 28, 2024

*REQUEST GRANTED.*
*The Sentencing hearing previously set for April 17, 2024 is RESCHEDULED to May 1, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.*

*4/2/2024*   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   **United States v. Carwell, et al., S3 20 Cr. 293 (LJL)**

Dear Judge Liman:

I represent Shawndale Lewis in the above-referenced action. Mr. Lewis's sentencing is currently scheduled for April 17, 2024, at 2:00PM. I respectfully request that the sentencing be adjourned by two weeks. The Government has no objection to this adjournment request, and this is Mr. Lewis's third request for an adjournment of his sentencing.

The U.S. Probation Office intends to make the final disclosure of Mr. Lewis's Presentence Investigation Report ("PSR") tomorrow, March 29. With his sentencing scheduled for April 17, Mr. Lewis's sentencing submission is due April 3. Given the holiday weekend, I make this request because we will need additional time to review the PSR with our client (who is detained at the MDC) and address the PSR in our submission. Accordingly, I respectfully request the sentencing be adjourned to the week of April 29.

Respectfully submitted,

/s/   Rita M. Glavin
Rita M. Glavin

*Counsel for Defendant Shawndale Lewis*