

**GLAVIN.**

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

April 17, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

> MEMO ENDORSEMENT.
> The Sentencing hearing previously set for May 1, 2024 is RESCHEDULED to May 30, 2024 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.  Defense sentencing submission will be due May 16 and the Government sentencing submission will be due May 23, 2024.
>
> 4/17/20214     SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   **United States v. Carwell, et al., S3 20 Cr. 293 (LJL)**

Dear Judge Liman:

    I represent Shawndale Lewis in the above-referenced action and write to respectfully request a two-day extension to file his sentencing submission, which is due today, and a corresponding two-day extension for the Government to file its submission, which is due Wednesday, April 24.  I make this request to allow us time to incorporate additional information we received last night into the defense submission.  The Government has no objection to this extension.  Thus, the proposed sentencing submission schedule would be: the defense sentencing submission to be filed on April 19, the Government submission to be filed on April 26, and the sentencing to remain on May 1, 2024.

Respectfully submitted,

/s/   Rita M. Glavin
Rita M. Glavin

*Counsel for Defendant Shawndale Lewis*